1  JOHN D. HIGGINBOTHAM, Bar No. 204179
   MARK F. LOVELL, Bar No. 246652
2  BEST BEST & KRIEGER LLP
   3750 University Avenue, Suite 400
3  P.O. Box 1028
   Riverside, California 92502
4  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083
5
   Attorneys for Defendants
6  HOSPICE OF THE VALLEYS,
   SUNNY THOMAS and JOHN MIZE
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | TERRY WIMMER, | Case No. ED CV 07-00231-MMM(OPx) |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | [~~PROPOSED~~] ORDER RE DISMISSAL |
| 15 | HOSPICE OF THE VALLEYS, a corporation, SUNNY THOMAS, an individual, JOHN MIZE, an individual, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19

20

21

22

23

24

25

26

27

28

RVLIT\JHIGGINBOTHAM\728151.2                    STIPULATION AND ORDER RE DISMISSAL
                                                CASE NO. ED CV 07-00231

1  [PROPOSED] ORDER:

3  Based on the stipulation entered into by all parties, IT IS HEREBY
4  ORDERED that:
5  The Complaint in the above-captioned action filed by Plaintiff Terry
6  Wimmer is dismissed in its entirety, without prejudice.

Dated: March 4, 2008

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE, SUITE 400
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502